[No. 21402. Department Two. January 11, 1929.]

A. J. MAHAN, *Respondent*, v. O. H. SPRINGER *et al.,*
*Appellants.*[1]

*J. E. Stone,* for appellants.
*W. H. Sibbald,* for respondent.

MAIN, J.—By amended complaint, in this case, the
plaintiff sought to recover damages because the de-
fendant O. H. Springer had failed to construct a build-
ing in accordance with the contract, plans and specifi-
cations. The defendants, in their answer, denied fail-
ure to properly construct the building, and by cross-
complaint Springer and wife sought a judgment
against the plaintiff for the balance due upon the
building contract.

The cause was tried to the court without a jury and
resulted in a judgment in favor of the plaintiff in the
sum of one thousand dollars, from which the defend-
ants appeal.

No findings of fact or conclusions of law were
made by the trial court. The case made by the
amended complaint was one of law, as was the case
made by the cross-complaint. Upon the trial no facts
were developed which made the case other than purely
one at law.

[1]Reported in 273 Pac. 533.

In an action at law, tried to the court upon the merits upon issues of fact, findings of fact are necessary to support the judgment. *Colvin v. Clark,* 83 Wash. 376, 145 Pac. 419; *Western Dry Goods Co. v. Hamilton,* 86 Wash. 478, 150 Pac. 1171; *Boe v. Hodgson-Graham Co.,* 97 Wash. 444, 166 Pac. 779; *State ex rel. Howland v. Olympia Veneer Co.,* 131 Wash. 209, 229 Pac. 529; *State ex rel. Dunn v. Plese,* 134 Wash. 443, 235 Pac. 961.

The judgment will be reversed and the cause remanded with direction to the superior court to follow the procedure suggested in the case of *Colvin v. Clark, supra,* and the other cases cited which follow that case.

FULLERTON, C. J., FRENCH, and PARKER, JJ., concur.